UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

LORI ANN CORPE,            )
                           )
        *Petitioner*       )
                           )
    vs.                    )    CAUSE NO. 3:06-CV-161 RM
                           )    (Arising out of 3:04-CR-121 RM)
UNITED STATES OF AMERICA,  )
                           )
        *Respondent*       )

OPINION and ORDER

On March 10, 2006, the court denied Lori Ann Corpe's petition filed pursuant to 28 U.S.C. § 2255 based on Ms. Corpe's waiver, in her plea agreement, of her right to appeal and to file a habeas petition. Ms. Corpe has filed an appeal of that order, which the court will construe as including a motion for a certificate of appealability.

Issuance of a certificate of appealability requires the court to find that Ms. Corpe has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). She has not done so. In her plea agreement, Ms. Corpe waived her right to file an appeal and a petition under § 2255, and she hasn't alleged or advanced any claims relating to the negotiation of her plea agreement. *See* United States v. Williams, 184 F.3d 666 (7th Cir. 1999); Jones v. United States, 167 F.3d 1142 (7th Cir. 1999).

Accordingly, Ms. Corpe's request for a certificate of appealability is DENIED.

SO ORDERED.

ENTERED:   April 3, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   Clerk, Seventh Circuit Court of Appeals
L. Corpe
D. Schmid